UNION CAMP CORP., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND DASTECH INTERNATIONAL, INC., ET AL. DEFENDANT-INTERVENORS

Consolidated Court No. 97–03–00483

(Dated October 19, 1999)

## ORDER

WALLACH, *Judge:* Upon consideration of the remand determination filed by the Department of Commerce on September 2, 1999 ("*Remand Determination*"); the Court having reviewed Defendant's Comments On The Remand Determination Filed By The Department Of Commerce On September 2, 1999, all parties having consented to this Order, and good cause appearing therefore, it is hereby

ORDERED that the *Remand Determination* is SUSTAINED; and it is further

ORDERED that this action is DISMISSED.